**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   12-cv-02383-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**   December 10, 2012 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| TEWODROS G. JEMANEH, | Pro Se |
| Plaintiff(s), | |
| v. | |
| THE UNIVERSITY OF WYOMING;<br>THE UNIVERSITY OF WYOMING COLLEGE OF HEALTH SCIENCES;<br>THE UNIVERSITY OF WYOMING SCHOOL OF PHARMACY;<br>TOM BUCHANAN, in his individual and official capacities;<br>NELL RUSSELL, in her individual and official capacities;<br>JOSEPH F. STEINER, in his individual and official capacities;<br>DAVID L. JONES, in his individual and official capacities;<br>JOHN H. VANDEL, in his individual and official capacities;<br>BEVERLY A. SULLIVAN, in her individual and official capacities;<br>JAIME R. HORNECKER, in her individual and official capacities;<br>JANELLE L. KRUEGER, in her individual and official capacities;<br>CARA A. HARSHBERGER, in her individual and official capacities;<br>AMY L. STUMP, in her individual and official capacities;<br>AGATHA CHRISTIE NELSON, in her individual and official capacities;<br>KATHLEEN A. THOMPSON, in her individual and official capacities; and<br>MARIA A. BENNETT, in her individual and official capacities, | Stephen H. Kline |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   SHOW CAUSE HEARING/ RULE 16(b) SCHEDULING CONFERENCE
**Court in Session:**     9:55 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

It is noted defendants Nell Russell, Beverly A. Sullivan and Amy L. Stump are now represented by Stephen H. Kline and have filed Answers (Docket No. 35, filed November 21, 2012 and Docket No. 38, filed December 07, 2012).

**It is ORDERED:**     The ORDER TO SHOW CAUSE [Docket No. **32** , filed October 31, 2012] is deemed satisfied and is vacated.

It is noted Defendants filed a Joint Proposed Scheduling Order [Docket No. 36, filed December 04, 2012].  Plaintiff filed a Motion to Correct the Joint Proposed Scheduling Order Filed by Defendants' Counsel   [Docket No 39, filed December 07, 2012].   Docket No 36 is used by the Court as the frame work of the Scheduling Order and uses information from Plaintiff's Motion for discussion and notations.

**It is ORDERED:**     Plaintiff's MOTION TO CORRECT THE JOINT PROPOSED SCHEDULING ORDER FILED BY DEFENDANTS' COUNSEL [Docket No. **39**, filed December 07, 2012] is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:     **JANUARY 15, 2013**

Discovery Cut-off:    **AUGUST  30,  2013**

Dispositive Motions Deadline:     **OCTOBER 31, 2013**

Each side  shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before    JULY  01, 2013**
Parties shall designate rebuttal experts   **on or before    AUGUST 01, 2013.**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **JULY 29, 2013**
Each side shall be limited to fifty (50) Interrogatories, twenty-five (25)  Requests for Production, and  fifty (50) Requests for Admissions, without leave of Court.

Each side shall be limited to twenty-five (25) depositions.  Each deposition shall be limited  to one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed no later than   **AUGUST 30, 2013.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff

Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.
Plaintiff shall be aware that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions she may wish to take.

**FINAL PRETRIAL CONFERENCE** set for    **DECEMBER 16, 2013 at   10:00 a.m.** (Mountain Time) in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.   The proposed Final Pretrial Order shall be filed  **on or before DECEMBER 09, 2013.**   Defendants shall electronically file the proposed Final Pretrial Order.  In accordance with Fed.R.Civ.P. 16(e), the Final Pretrial Conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a three (3) week  [ fifteen (15)  day]   trial to a jury.
Judge William J. Martinez  will set a Trial Preparation Conference and Trial at a future date.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is entered  with interlineations and made an Order of Court.  Parties shall file the Scheduling Order in its final form for the Court's signature **on or before DECEMBER 31, 2012** *nunc pro tunc* to DECEMBER 10, 2012.

Hearing concluded.

**Court in recess:**     11:28  a.m.            Total in-court time: 01:33

To order a transcript of this proceedings, contact  Avery Woods Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.