IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02383-RM-MJW

TEWODROS G. JEMANEH,

Plaintiff,

v.

THE UNIVERSITY OF WYOMING, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Now before the court is plaintiff's Motion for Sanctions (Docket No. 75). First, the court notes that plaintiff has failed to comply with the duty of conferral under D.C.COLO.LCivR 7.1(A). Furthermore, plaintiff's motion does not comply with D.C.COLO.LCivR 7.1(H) insofar as the motion is verbose, redundant, and rambling in nature. Plaintiff's motion is 21 pages long and consists of a series of allegations, including that plaintiff was "yelled at" for filing his complaint and that defendants' counsel "routinely send two copies of each of their pleadings just to frustrate" plaintiff. For the reasons above, it is hereby ORDERED that plaintiff's Motion for Sanctions (Docket No. 75) is DENIED.

Date: May 6, 2013