# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   12-cv-02383-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**   May 15, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| TEWODROS G. JEMANEH, | Pro Se |
| Plaintiff(s), | |
| v. | |
| THE UNIVERSITY OF WYOMING;<br>THE UNIVERSITY OF WYOMING COLLEGE OF HEALTH SCIENCES;<br>THE UNIVERSITY OF WYOMING SCHOOL OF PHARMACY;<br>TOM BUCHANAN, in his individual and official capacities;<br>NELL RUSSELL, in her individual and official capacities;<br>JOSEPH F. STEINER, in his individual and official capacities;<br>DAVID L. JONES, in his individual and official capacities;<br>JOHN H. VANDEL, in his individual and official capacities;<br>BEVERLY A. SULLIVAN, in her individual and official capacities;<br>JAIME R. HORNECKER, in her individual and official capacities;<br>JANELLE L. KRUEGER, in her individual and official capacities;<br>CARA A. HARSHBERGER, in her individual and official capacities;<br>AMY L. STUMP, in her individual and official capacities;<br>AGATHA CHRISTIE NELSON, in her individual and official capacities;<br>KATHLEEN A. THOMPSON, in her individual and official capacities; and<br>MARIA A. BENNETT, in her individual and official capacities, | Stephen H. Kline |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION   HEARING**
**Court in Session:**     1:30 p.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

The Court raises Plaintiff's motion to compel deposition of defendants and amend the scheduling order for argument.   Discussion is held.

**It is ORDERED:**        Plaintiff's MOTION TO COMPEL DEPOSITION OF DEFENDANTS AND AMEND THE SCHEDULING ORDER [Docket No. **73**, filed April 30, 2013] is **GRANTED IN PART AND DENIED IN PART.**

The motion is granted to the extent that depositions are scheduled, by the Court, as the parties have not agreed on deposition dates.  The motion is denied in that the Scheduling Order is not amended.

The deposition schedule is set in open court.  Each deposition shall be held in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
Each deposition shall be limited to one (1) day with a maximum of seven (7) hours.
Each deposition shall begin each day at 8:00 a.m. (Mountain Time).
There will be one (1) fifteen minute break each morning beginning  at 10:00 a.m.
There will be one (1) fifteen minute break each afternoon beginning at  2:45 p.m.
A one-half hour lunch shall be taken each day between 12:15 p.m.  and 12:45 p.m.

Depositions shall be conducted pursuant to Fed.R.Civ.P. 30 and D.C.COLO.LCivR  30.1 and 30.3.  *Pro Se* Plaintiff shall be aware  that  any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition.  Should the deponent and/or defense counsel arrive for a scheduled deposition as outlined in these Minutes for which a court certified court reporter does not appear, *Pro Se* Plaintiff may be ordered to pay fees and expenses.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

*Pro Se* plaintiff shall be reminded  he is  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )  and  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.).

The following deposition schedule is set:

Deposition Schedule as set forth in open court May 15, 2013.

| *DEPONENT* | *DATE SCHEDULED* |
|---|---|
| Kathleen A. Thompson | JUNE 17, 2013    Monday |
| Cara A. Harshberger | JUNE 18, 2013    Tuesday |
| Beverly A. Sullivan | JUNE 19, 2013    Wednesday |
| David L. Jones | JUNE 20, 2013    Thursday |
| John H. Vandel | JUNE 21, 2013    Friday |

| | |
|---|---|
| Nell Russell | JUNE 24, 2013    Monday |
| Janelle L. Krueger | JUNE 25, 2013    Tuesday |
| Maria A. Bennett | JUNE 26, 2013    Wednesday |
| Jaime R. Hornecker | JUNE 27, 2013    Thursday |
| Tom Buchanan | JUNE 28, 2013    Friday |

| | |
|---|---|
| Tewodros G. Jemaneh, Plaintiff | JULY 01, 2013    Monday |

Hearing concluded.

**Court in recess:**   1:56 p.m.
Total In-Court Time 00:26

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.