IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02383-RM-MJW

TEWODROS G. JEMANEH,

Plaintiff,

v.

THE UNIVERSITY OF WYOMING, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Second Motion to Extend Deadline for Dispositive Motions (Docket No. 134) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 47) is amended so as to extend the dispositive motions deadline up to and including October 30, 2014.

It is FURTHER ORDERED that the final pretrial conference set for June 12, 2014 at 9:30 a.m. is VACATED.  The final pretrial conference is RESET for December 15, 2014 9:00 a.m.

It is FURTHER ORDERED that Plaintiff's Motion to Compel Defendants to Produce Documents and Responses (Docket No. 95) is DENIED WITHOUT PREJUDICE.  The court notes that a Recommendation (Docket No. 125) to dismiss all of plaintiff's remaining claims is currently pending before Judge Moore.  For reasons of judicial economy, Plaintiff's Motion to Compel Defendants to Produce Documents and Responses (Docket No. 95) is denied without prejudice.  Plaintiff may refile the motion, if necessary, following Judge Moore's ruling on this court's Recommendation.

Date: March 13, 2014