**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy:  Robert R. Keech         Date:  June 24, 2014
Court Reporter:       Tammy Hoffschildt

**Civil Action No.  12-cv-02383-RM-MJW**

| Parties | Counsel |
| --- | --- |
| **TEWODROS G. JEMANEH**, | Tewodros G. Jemaneh |
| Plaintiff, | |
| v. | |
| **THE UNIVERSITY OF WYOMING, et al.**, | Melinda S. McCorkle |
| Defendants. | |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

**1:31 p.m.**   **COURT IN SESSION**.

Court calls case.  Appearances of party and counsel.

Opening remarks by the Court.

**ORDERED:** Defendants' Motion to Dismiss All Remaining Claims [ECF Doc. No. 91], filed June 11, 2013, shall no longer be **REFERRED to Magistrate Judge Michael J. Watanabe.**

**ORDERED:** Recommendation on Defendants' Motion to Dismiss All Remaining Claims [ECF Doc. No. 125], filed October 28, 2013, is **MOOT.**

**ORDERED:** Plaintiff's Objection to Magistrate Judge Watanabe's Order (Docket #137) Granting Defendants' Second Motion to Extend the Deadline for Dispositive Motions (Docket # 134) [ECF Doc. No. 138], filed March 27, 2014, is **OVERRULED** and the request to recuse Magistrate Judge Watanabe is **DENIED.**

**ORDERED:** Plaintiff's First Motion to Strike Defendants' Qualified Immunity Defense [ECF Doc. No. 150], filed May 22, 2014, is **DENIED.**

**ORDERED:** Plaintiff's Motion to Compel Defendants to Produce Documents and Responses [ECF Doc. No. 156], filed June 9, 2014, is **DEFERRED.**

**ORDERED:** Defendants shall file supplement to Plaintiff's Motion to Compel Defendants to Produce Documents and Responses [ECF Doc. No. 156], not later than **Tuesday, July 15, 2014.**

**ORDERED:** Plaintiff's Uncontested Motion to Withdraw His Statement "The Plaintiff Has a Serious Concern About His Safety" from His Motion to Recuse Magistrate Judge Watanabe and Judge Moore from this Case [ECF Doc. No. 159], filed June 19, 2014, is **GRANTED IN PART to the extent that the Plaintiff seeks to withdraw the statement that the Plaintiff has a serious concern about his safety and DENIED as to any other issues addressed in the motion.**

**ORDERED:** Defendants' Motion for Sanctions Against Plaintiff for Violation of Fed.R.Civ.P. 11(b) and DC.COLO.LCiv.R. 7.1(H) [ECF Doc. No. 162], filed June 23, 2014, is **DENIED WITHOUT PREJUDICE.**

Plaintiff's Objection to Magistrate Judge Watanabe's Findings and Order [ECF Docket No. 126] Denying the Plaintiff's Motion for Sanction Due to Defendants' Spoliation of Crucial Evidence [ECF Doc. No. 129], filed November 20, 2013, is raised for argument.

| | |
|---|---|
| 1:55 p.m. | Oral argument by Mr. Jemaneh and responses to questions from the Court. |
| 2:08 p.m. | Oral argument by Ms. McCorkle and responses to questions from the Court. |
| 2:11 p.m. | Oral argument by Mr. Jemaneh and responses to questions from the Court. |
| 2:34 p.m. | Oral argument by Ms. McCorkle and responses to questions from the Court. |

| | |
|---|---|
| **3:12 p.m.** | **COURT IN RECESS.** |
| **3:25 p.m.** | **COURT IN SESSION.** |
| 3:25 p.m. | Oral argument by Mr. Jemaneh and responses to questions from the Court. |
| **ORDERED:** | Plaintiff shall file a supplement, identifying the two students who Plaintiff alleges had their grades changed by Kathleen Thompson, and providing a copy of the documentation Plaintiff is relying on to support this allegation, by **Tuesday, July 15, 2014.  No argument is permitted in the supplement.** |
| 3:40 p.m. | Oral argument by Ms. McCorkle and responses to questions from the Court. |
| **ORDERED:** | Plaintiff's Objection to Magistrate Judge Watanabe's Findings and Order [ECF Docket No. 126] Denying the Plaintiff's Motion for Sanction Due to Defendants' Spoliation of Crucial Evidence [ECF Doc. No. 129], filed November 20, 2013, is **TAKEN UNDER ADVISEMENT.** |
| **3:43 p.m.** | **COURT IN RECESS**. |

**Total in court time**:   **1:59**
**Hearing concluded.**