**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02383-RM-MJW

TEWODROS G. JEMANEH,

    Plaintiff,

v.

THE UNIVERSITY OF WYOMING,
THE UNIVERSITY OF WYOMING COLLEGE OF HEALTH SCIENCES,
THE UNIVERSITY OF WYOMING SCHOOL OF PHARMACY,
TOM BUCHANAN, in his official and individual capacity,
NELL RUSSELL, in her official and individual capacity,
JOSEPH F. STEINER, in his official and individual capacity,
DAVID L. JONES, in his official and individual capacity,
JOHN H. VANDEL, in his official and individual capacity,
BEVERLY A. SULLIVAN, in her official and individual capacity,
JAIME R. HORNECKER,
JANELLE L. KRUEGER, in her official and individual capacity,
CARA A. HARSHBERGER, in her official and individual capacity,
AMY L. STUMP, in her official and individual capacity,
AGATHA CHRISTIE NELSON, in her official and individual capacity,
KATHLEEN A. THOMPSON, in her official and individual capacity, and
MARIA A. BENNET, in her official and individual capacity,

    Defendants.

**ORDER**

    This matter is before the Court *sua sponte*. By Order dated March 11, 2015, the Court granted Defendants' Motion to Dismiss, but allowed Plaintiff leave to amend certain claims against Defendant Kathleen A. Thompson. Plaintiff was granted leave to amend until March 25, 2015, and was advised that the failure to do so will result in the closure of this case. Plaintiff has

not filed an amended complaint and the time to do so has expired.  It is therefore **ORDERED:**

(1) That Plaintiff's Fourth Claim, Sixth Claim based on alleged violation of equal protection, and Eighth Claim against Defendant Thompson, in her individual capacity, are **dismissed with prejudice**;

(2)  That the Clerk of the Court shall enter judgment in favor of Defendants and against Plaintiff in accordance with the Court's: (i) May 30, 2013, Order (ECF No. 83); and (ii) March 11, 2015, Order (ECF No. 195), as modified by paragraph (1) above; and

(3) That Defendants are awarded costs and shall within 14 days of the date of this Order file a bill of costs, in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court.

DATED this 13th day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge